IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02579-WDM-MEH

VICKI LONDON,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, February 12, 2007.**

    Defendant's Unopposed Motion for Leave to File Amended Answer [Filed February 7, 2007; Docket #10] is **granted**. The Clerk of the Court is directed to file Docket #10-3 as Defendant's Amended Answer.